


# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

UNITED STATES OF AMERICA
Plaintiff

vs

AUBREY L HORNBERGER
Defendant

☑ Violation Notice ☐ Information ☐ Complaint

Case Number L:25-PO-00444-SAH

| | | | |
|---|---|---|---|
| Violation Charged | Tossing, throwing, rolling rocks into valleys, canyons, down hillside (E1057542) (1)<br>Foot travel in all thermal areas and w/in Yellowstone Canyon confined to trails (E1057543) (2) | Citation Number | Tossing, throwing, rolling rocks into valleys, canyons, down hillside (E1057542) (1)<br>Foot travel in all thermal areas and w/in Yellowstone Canyon confined to trails (E1057543) (2) |

Date Violation Notice Issued July 26, 2025 Place WYNP

**PETTY OFFENSES/MISDEMEANORS - PROCEEDINGS SHEET**

Time 9:43-9:52 am

Date August 12, 2025

Interpreter

Interpreter Telephone

Before the Honorable Stephanie A. Hambrick

| Jessica Warren | | FTR |
|---|---|---|
| Clerk | Probation | Reporter |
| Ariel Calmes | | |
| Asst. U.S. Attorney | JAG Officer | Marshal |

☐ Failed to appear Warrant issued on

☑ Appeared ☐ By telephone

☑ Voluntarily ☐ In Custody

☐ Defendant filed financial affidavit and is informed of consequences if any false information is given

☐ Attorney appearing

☐ FPD ☐ PANEL-CJA ☐ RETAINED

☑ Attorney waived

☐ Court orders case continued to at

reason:

☐ Bail is set at

☐ P/R-No Amount ☐ Unsecured ☐ Cash/Surety

☐ Conditions of release

**COMPLETE THIS SECTIONS FOR ALL CLASS A MISDEMEANOR CASES:**

☐ Defendant advised of the right to trial, judgment, and sentencing by a District Judge (Class A Misdemeanor).

☐ Defendant consents to proceed before the Magistrate Judge and expressly and specifically waives trial, judgment, and sentencing by a District Judge (Class A Misdemeanor).

This consent was made ☐ orally ☐ in writing

☑ Informed of charges and rights Date August 12, 2025
☑ Defendant arraigned Date August 12, 2025
☑ Court accepts plea Defendant enters ☑ Guilty ☐ Not Guilty Plea
☐ Trial Witnesses

☑ Disposition
- ☐ Not Guilty
- ☑ Guilty E1057542 and E1057543
- ☐ Dismissed
- ☐ Collateral Forfeited
- ☐ *Nolo Contendere*

☐ PSI ordered
☑ Sentence Date August 12, 2025
☐ Imposition of jail sentence suspended
☐ Committed to custody for a period of
☐ Probation for a period of
- ☐ With Supervision ☐ Without Supervision

☐ Special Conditions of Probation

☑ Fine $250 + 30 thermal/$15( Payable to CVB by 7/20/2026
☐ Restitution To
☐ Community Service To
☑ Special Assessment 10.00 each
☑ Processing fee: $ 30.00
☑ Defendant advised of right to appeal
☑ Other E1057542 $160 E1057543 $290